

```
225 BROADWAY
SUITE 715
NEW YORK, NY 10007
T: 212 323 6922
F: 212 323 6923
```

August 4, 2021

**BY ECF and E-MAIL**

The Honorable Robert W. Lehrburger
United District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

SO ORDERED.

_____
Robert W. Lehrburger, USMJ
Aug. 4. 2021

RE:   *United States v. Ofer Abarbanel*
      21 MJ 6425

Dear Judge Lehrburger:

    I represent the defendant, Ofer Abarbanel, in the above referenced matter. The purpose of this letter is to respectfully request an extension of the date that Mr. Abarbanel's bond is to be signed from August 4, 2021 to August 18, 2021. Mr. Abarbanel was arrested and presented on June 24, 2021 in the Middle District of California. Mr. Abarbanel was subsequently released on the conditions set by the Court which included a bond of $900,000.00 secured by three affidavits of surety provided by three persons. Mr. Abarbanel appeared in the Southern District of New York on July 7, 2021 for a remote presentment before the Honorable James L. Cott. At that time, Judge Cott ordered a bond in this District under the same terms as the Middle District of California. Once the conditions in this District are met, it is anticipated that the bond in California will be dismissed. The defense has provided the names of potential co-signers and their contact information to the Government. An extension of time is respectfully requested to arrange for the interview of one of the proposed co-signers. All other conditions of release have been met. The Government consents to this application. This application is being provided to Your Honor as the Magistrate on Duty for the week of August 2, 2021.

Respectfully submitted,

/s/

Calvin H. Scholar

CHS/jb
cc:    AUSA Christine Magdo    by ECF and E-MAIL